1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California  95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Emails: tanya@moorelawfirm.com;
   service@moorelawfirm.com
5
   Attorney for Plaintiff,
6  Darren Gilbert

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11

12 DARREN GILBERT,                    )   No.  2:22-cv-01260-WBS-KJN
                                      )
13            Plaintiff,              )   **STIPULATION FOR DISMISSAL OF**
                                      )   **ENTIRE ACTION**
14     vs.                            )
                                      )
15 CAROLS MARKET & DELI, INC.; 225    )
   TAYLOR, LLC;                       )
16                                    )
              Defendants.             )
17                                    )
                                      )
18                                    )
                                      )
19 _____)

1     **IT IS HEREBY STIPULATED** by and between Plaintiff Darren Gilbert and Defendants, Carols Market & Deli, Inc. and 225 Taylor, LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear its own attorneys' fees and costs.

Dated: October 21, 2022      MOORE LAW FIRM, P.C.

    */s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert

Dated: October 21, 2022      VAUGHAN & ASSOCIATES LAW OFFICE, APC

    */s/ Cris C. Vaughan*
Cris C. Vaughan
Khushpreet R. Mehton
Attorneys for Defendants,
Carols Market & Deli, Inc. and 225 Taylor, LLC

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

    */s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Darren Gilbert